1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  erica_zunkel@fd.org

5  Attorneys for Mr. Vasquez-Cabrera

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    Case No. 07mj2831
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )
                                     )    **NOTICE OF APPEARANCE**
14 ZURIEL ALVAREZ-ITURBIDE,          )
                                     )
15          Defendant.                )
                                     )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Erica Zunkel and Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance

19 as attorneys in the above-captioned case.

20                                        Respectfully submitted,

21 Dated: December 11, 2007              *s/ Erica Zunkel*
                                         Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                         erica_zunkel@fd.org
23

24

25

26

27

28