1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Alvarez-Iturbide

7                        UNITED STATES DISTRICT COURT
8                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9                         **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Case No. 08CR0040-JAH |
| 11           Plaintiff, ) | |
| 12  v. ) | **NOTICE OF APPEARANCE** |
| 13  **ZURIEL ALVAREZ-ITURBIDE**, ) | |
| 14           Defendant. ) | |

16          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17  Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
18  in the above-captioned case.

19                                              Respectfully submitted,

20  Dated: January 16, 2008                      *s/ Bridget Kennedy*
                                                 Federal Defenders of San Diego, Inc.
21                                               *bridget_kennedy@fd.org*